**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan Jose PAREDES–ESCOBEDO,**
**Defendant–Appellant.**

No. 08–11207
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2009.

Nancy E. Larson, Assistant U.S. Attorney, Shawn Lee Smith, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Jerry V. Beard, Assistant Federal Public Defender, Christopher Allen Curtis, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before BENAVIDES, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The federal public defender appointed to represent Juan Jose Paredes–Escobedo

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Paredes–Escobedo has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is ex-cused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.